FORM 26. Docketing Statement  Form 26 (p. 1)
 July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1967

**Short Case Caption:** Xerox Corp. v. Snap Inc.

**Filing Party/Entity:** Snap Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Brd. | IPR2021-00986 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Patent Trial and Appeal Board's determination that claims 1-20, and proposed substitute claims 21-40, of U.S. Patent No. 9,208,439 are unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Determination that claims 1-20, and proposed substitute claims 21-40, of U.S. Patent No. 9,208,439 are unpatentable

**Briefly describe the judgment/order appealed from:**

In its final written decision, the Patent Trial and Appeal Board determined that claims 1-20 of U.S. Patent No. 9,208,439 are unpatentable. The Board also determined proposed substitute claims 21-40 unpatentable.

**Nature of judgment (select one):** **Date of judgment:** 3/22/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                          Form 26 (p. 2)
                                                                         July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> Xerox Corp. v. X Corp. 23-1968 (Fed. Cir.) (also involving U.S. Patent No. 9,208,439)
> Xerox Corp. v. Facebook, Inc. 23-1969 (Fed. Cir.) (also involving U.S. Patent No. 9,208,439)

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Patent Office correctly determined claims 1-20, and proposed substitute claims 21-40, of U.S. Patent No. 9,208,439 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes    ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

> Xerox is currently asserting multiple patents against Snap in the Central District of California, including the patent at issue in this appeal. Snap does not believe discussions solely in context of this IPR would be productive.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date:  6/15/23              Signature:  /s/ Yar R. Chaikovsky

                            Name:       Yar R. Chaikovsly

Save for Filing