# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**   2023-1967

**Short Case Caption**   Xerox Corp. v. Snap Inc.

**Filing Party/Entity**   Snap Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

---

Xerox Corporation v. Snap Inc., 2:20-cv-10755 (C.D. Ca)

Xerox Corporation v. X Corp., 2:20-cv-10754 (C.D. Ca)
X Corp. v. Xerox Corporation, IPR2021-01430 (P.T.A.B.)
Xerox Corporation v. X Corp., 23-1968 (Fed. Cir.) (also involving U.S. Patent No. 9,208,439), originating from the P.T.A.B. (IPR2021-01430)

Xerox Corporation v. Meta Platforms, Inc., 2:20-cv-10753 (C.D. Ca.)
Facebook, Inc. v. Xerox Corporation, IPR2021-01461
Xerox Corporation v. Facebook, Inc., 23-1969 (Fed. Cir.) (also involving U.S. Patent No. 9,208,439), originating from the P.T.A.B. (IPR2021-01461)

---

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

<div style="border:1px solid black; padding:10px;">
Xerox Corporation

X Corp., f/k/a Twitter, Inc.

Meta Platforms, Inc., f/k/a Facebook, Inc.

Snap Inc.
</div>

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

<div style="border:1px solid black; padding:10px;">
David Sochia, James E. Quigley, Alan P. Block and Alexandra Easley, of McKool Smith, P.C.; Heidi L. Keefe, Lowell D. Mead, Emily Elizabeth Terrell, Phillip Morton, Andrew C. Mace, and Mark R. Weinstein of Cooley LLP; Jon Steven Baughman, Megan Raymond, Jenny C. Wu, and Michael F. Milea of Groombridge, Wu, Baughman & Stone LLP; David L. McCombs and Raghav Bajaj of Haynes and Boone, LLP; Yar R. Chaikovsky, Philip Ou, David T. Okano and Bruce S. Yen of White & Case LLP; Steven A. Marenberg of Paul Hastings LLP; Sonal E. Mehta, Joseph Taylor Gooch, and Mitchell Santos of Wilmer Cutler Pickering Hale and Dorr LLP
</div>

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/15/2023

Signature: /s/ Yar R. Chaikovsky

Name: Yar R. Chaikovsly