# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-1967

**Short Case Caption** Xerox Corp. v. Snap Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/15/2023

by ☐ U.S. Mail   ☐ Hand Delivery   ☑ Email   ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
| --- | --- |
| James Elroy Quigley | McKool Smith - 303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>jquigley@mckoolsmith.com |
| Naveen Modi | Paul Hastings LLP - 875 15th Street, N.W.<br>Washington, DC  20005<br>naveenmodi@paulhastings.com |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 06/15/2023            Signature: /s/ Yar R. Chaikovsky

                            Name: Yar R. Chaikovsky